# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  LEQUEITA L. HOLLIMAN           Case Number: 08-71432
106 WEBSTER AVENUE
ROCKFORD, IL 61102        SSN-xxx-xx-3097

Case filed on: 5/7/2008
Plan Confirmed on: 7/18/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $120.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 1,800.00 | 1,800.00 | 111.53 | 0.00 |
|  | Total Legal | 1,800.00 | 1,800.00 | 111.53 | 0.00 |
| 999 | LEQUEITA L. HOLLIMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ADT SECURITY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | COLUMBIA HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | COMED CO | 4,581.77 | 4,581.77 | 0.00 | 0.00 |
| 005 | SWEDISH AMERICAN HOSPITAL | 916.25 | 916.25 | 0.00 | 0.00 |
| 006 | FOUNDERS INSURANCE CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AFNI/MCI | 488.97 | 488.97 | 0.00 | 0.00 |
| 008 | ASSET ACCEPTANCE CORP | 2,286.68 | 2,286.68 | 0.00 | 0.00 |
| 009 | NORTHLAND GROUP, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PLAZA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | TRUGREEN CHEMLAWN | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | UNIQUE NATIONAL COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | UNIVERSITY MEDICAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NICOR GAS | 4,036.79 | 4,036.79 | 0.00 | 0.00 |
| 017 | SWEDISH AMERICAN ER PHYSICIANS | 177.00 | 177.00 | 0.00 | 0.00 |
|  | Total Unsecured | 12,487.46 | 12,487.46 | 0.00 | 0.00 |
|  | Grand Total: | 14,287.46 | 14,287.46 | 111.53 | 0.00 |

Total Paid Claimant:  $111.53
Trustee Allowance:  $8.47
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009        By  /s/Heather M. Fagan